IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

JOSEPH CHARLES CAMPA, §
§
Petitioner, §
§
v. § 2:21-CV-4-Z-BR
§
THE STATE OF TEXAS, §
§
Respondent. §

## ORDER OVERRULING OBJECTIONS,
## ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION,
## AND
## DISMISSING PETITION FOR A WRIT OF CORAM NOBIS

Before the Court are the findings, conclusions and recommendation of the United States Magistrate Judge to dismiss the Petition for a Writ of Coram Nobis filed by Petitioner in this case (ECF No. 7). On June 17, 2021, Petitioner filed objections to the findings, conclusions, and recommendation (ECF No. 8). After making an independent review of the pleadings, files, and records in this case, and Petitioner's objections, the Court concludes that the findings, conclusions and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that Petitioner's objections are **OVERRULED**, that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, and that the Petition for a Writ of Coram Nobis is **DISMISSED** without prejudice for want of jurisdiction.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, and 28 U.S.C. § 2253(c), the Court denies a certificate of appealability because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Hernandez v. Thaler*, 630 F.3d 420, 424 (5th Cir. 2011). The

Court **ADOPTS** and incorporates by reference the Magistrate Judge's findings, conclusions, and recommendation filed in this case in support of its finding that Petitioner has failed to show (1) that reasonable jurists would find this Court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists "would find it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this Court] was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

If Petitioner files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* on appeal.

**SO ORDERED.**

June 22, 2021.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE